PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7320
   FAX: (415) 436-7230
   Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KASRA SAADIYEH, <br><br> Defendant. | NO. 5:23-CR-00348-EJD-01 <br><br> **GOVERNMENT'S SENTENCING MEMORANDUM** <br><br> Court: Hon. Edward J. Davila <br> Hearing Date: March 10, 2025 <br> Hearing Time: 1:30 p.m. |

## I.    OFFENSE CONDUCT

Kasra Saadiyeh, now 29, was picked up on a wiretap that, in June 2023, intercepted his calls and texts with a co-defendant named Daniel Ruiz-Morales, who was sentenced by this Court on December 2, 2024 to 25 months' custody. Specifically, on June 6, 2023, agents from the Drug Enforcement Administration's Riverside District Office obtained communications between Ruiz-Morales (living in Long Beach, California) and Saadiyeh (living in San Jose, California). In a text, Saadiyeh ordered "15" from Ruiz-Morales. The two had done fentanyl deals before. Ruiz-Morales knew that Saadiyeh was requesting, in code, 15,000 counterfeit fentanyl pills. Ruiz-Morales haggled with Saadiyeh over the

price, finally agreeing to sell them for 40 cents per pill, or $6,000 total. Ruiz-Morales said he would "call it in."

On June 8, 2023, Saadiyeh drove down to Ruiz-Morales's home in Long Beach and got the pills around 9 p.m. Moments before, Ruiz-Morales obtained the pills from a third party who had just delivered them to Ruiz-Morales. Long Beach Police Department officers traffic-stopped Saadiyeh after he left Ruiz-Morales's home and searched his car, including under the hood. Saadiyeh looked on nervously, trying to play it cool, chatting amiably with officers (including about what sort of drug trafficking activity they typically saw), until essentially freezing in fear as officers began feeling around the compartment in which the pills were concealed. Yet police could not get to the pills because they couldn't open one particular latch without a tool.

Saadiyeh was released and the next afternoon texted Ruiz-Morales: "I got so lucky last night leaving yo spot... Lbpd [Long Beach Police Department] got me on fwy…. They yanked me out searched everything and brought the dog...Idk [I don't know] how im still here."

Around 4:30 p.m. Ruiz-Morales and Saadiyeh connected by phone to discuss Saadiyeh's brush with the law. "[T]hey searched the car," said Saadiyeh, and "literally, like, touched where I put 'em…. [T]hey like, like opened two of the little things, and then couldn't get, like, the last part open…. I watched them do that. And I was tripping. I was like, that's a wrap, it's over." In this call, Saadiyeh confirmed for officers, still intercepting communications, where the pills were hidden: in an air-intake compartment near the engine, the one that police had been unable to pry open. (See image at right.)



Around 6:30 p.m., as Saadiyeh neared San Jose on his return trip, a California Highway Patrol officer traffic-stopped him again, this time near Gilroy, armed

with information about exactly where to look.  Saadiyeh was cited and released—with his phone.  He called Ruiz-Morales again, this time to commiserate over the pill seizure.  Their conversation had this exchange:

> SAADIYEH:       Hey it's wrap bro.
> RUIZ-MORALES:   What happened?
> SAADIYEH:       I got pulled over with those 15 and I got caught.
> RUIZ-MORALES:   Fuck, dog.
> SAADIYEH:       Yeah, they just—they just, fucking, released me and then—I gotta go deal with all that shit in court.

The DEA laboratory tested the pills and found 15,423 tablets containing 1,633.3 grams of fentanyl, cut with acetaminophen.  PSR ¶ 11.

## II.   GUIDELINES CALCULATION

The defendant pleaded open in this case.  The government agrees with the PSR's calculation:

| | |
|---|---|
| Base Offense Level, U.S.S.G. §§ 2D1.1(a)(5) & (c)(4): | 32 |
| Acceptance of Responsibility: | - 2 |
| Zero-Point Offender: | -2 |
| Relief under USSG §2D1.1(b)(18): | -2 |
| Adjusted Offense Level: | 26 |

The PSR calculates a Criminal History Category of I.  This produces a Guidelines range of 63-78 months.

## III.   SENTENCING RECOMMENDATION

The government recommends a sentence of 53 months.



Saadiyeh was a cautious, wholesale-level drug dealer.  His ongoing relationship with his supplier Ruiz-Morales is clear from their intercepted exchange: Saadiyeh only had to inform Ruiz-Morales that he, Saadiyeh, wanted "15" and demand their traditional price but otherwise he knew where to go, got the pills, and headed out.

Saadiyeh engaged in this deadly trade to make money, although he had other options—as shown

by his career history in logistics, traffic control, and forklift operation, PSR ¶ 51-52. Nor did he sell (like Ruiz-Morales) to acquire pills for his own consumption. Fentanyl for him was simply lucrative.

Saadiyeh did not promptly accept responsibility but sought to exercise his trial rights, then determined to plead open after the government had begun preparation for trial and the Court had scheduled the trial date.

The government would have demonstrated at trial that Saadiyeh sold to customers who were themselves distributors, in the San Jose area, at least since 2021, before he was finally caught. In particular, the government would have shown that one of his customers was Noah Herrera, a defendant that this Court sentenced to 33 months' custody on April 1, 2024. *See* Case No. 5:23-cr-00313-EJD, Doc. 52. (The underlying information on these assertions was provided in discovery to the defense.)

### IV.   CONCLUSIONS

For the foregoing reasons, the government respectfully recommends a sentence of 53 months.

DATED: March 5, 2025

Respectfully submitted,

PATRICK ROBBINS
Acting United States Attorney


_____/s/_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney