1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  885 N. SAN ANTONIO ROAD, SUITE D
   LOS ALTOS, CA  94022
3  650/559-1985
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant KASRA SAADIYEH

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11 UNTIED STATES OF AMERICA,        )    CASE NO.   23-CR-348 EJD
                                    )
12           Plaintiff,             )    DEFENDANT KARSA SAADIYEH'S
                                    )    MEMORANDUM TO REQUEST
13 vs.                              )    THAT THE COURT FOLLOW
                                    )    PRETRIAL SERVICE'S
14 KASRA SAADIYEH,                  )    RECOMMENDATION AND ORDER
                                    )    THAT MR. SAADIYEH BE SENT
15           Defendant.             )    FOR A FORMAL AND FULL
                                    )    *CAP* EVALUATION BEFORE
16 _____  )    SENTENCING HEARING

17                                       Date:     March 10, 2025
                                         Time:     1:30 p.m.
18                                       Judge:    Hon. Edward J. Davila

19
         On November 4, 2024, Defendant Kasra Saadiyeh entered an open guilty plea
20
   to the Indictment's charges (two counts).  The Court then ordered a dual track of post-
21
   plea investigation for Mr. Saadiyeh:  That the probation office conduct a normal PSR
22
   and, at the same time, that Pretrial Services conduct a CAP assessment for Mr.
23
   Saadiyeh.
24
         On February 24, 2025, Mr. Saadiyeh's Pretrial Service Officer, Ms. Shafia
25
   Khanoon, submitted her evaluation of his suitability for CAP.  A copy of said report
26
   is attached as Exhibit "A" to this Memorandum.
27
         In that report, Ms. Khannon, who is familiar with Mr. Saadiyeh and his case
28

through serving as his pretrial service officer, concluded that Mr. Saadiyeh meets the prognostic risk and criminogenic need factors to qualify for CAP (but noting that he has been able to remain clean and sober for over a year and therefore raising the question of whether or not he needs the structure and support of CAP in order to remain on the right track). The report then recommended that Mr. Saadiyeh be referred to the CAP Team for a formal evaluation/interview to assess his suitability for the program.

Mr. Saadiyeh wholeheartedly agrees with this recommendation. He has done much to turn his life around and feels that his participation in CAP will permit him the best opportunity to complete his journey of rehabilitation.

Accordingly, Mr. Saadiyeh respectfully requests that the Court follow Pretrial Service's recommendation and refer him to the CAP Team for a formal evaluation/interview so that the Court will have a full study of his suitability for CAP.

Obviously, this is a pivotal moment in Mr. Saadiyeh's young life. He knows that the Court decision will have an life long lasting impact on him. He recognizes his crime and its impact on society. He respectfully submits that it is in everyone's (and certainly his) interest to have as much information as reasonably possible to determine whether or not a sentence of incarceration will be the necessary or best path forward, for him and for society.

Certainly, the potential benefit of this formal interview/evaluation (and its yield of additional information and analyses) far outweighs any detriment to society through a short delay for the completion of the process.

DATED:        March 05, 2025                Respectfully submitted,



_____/S/_____
By JERRY FONG, Attorney for
Defendant KASRA SAADIYEH